# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

October 13, 2017

**BY ECF**

Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 219
New York, NY 10007

Re: *Paul Grimmett v. New York City Department of Correctional Services, et al.,* Case No. 15-cv-07351 (JPO) (SN) - Joint Letter on Status of Discovery

Dear Magistrate Judge Netburn:

As the Court is aware, on September 20, 2017, the Court entered an Order [D.E. 104] instructing additional Defendants Sharma and Corizon Correctional Medical Associates of New York to answer the complaint by September 29, 2017. The additional answers have now been filed. Per the Court's August 1, 2017 Case Management Order, counsel for Plaintiff and Defendants respectfully submit this joint letter to inform the Court that parties are moving forward with discovery with the Court's clarification on the scope of litigation in mind.

We currently expect fact discovery to be completed in the timeframe originally set by the Court. There are no outstanding discovery disputes at this time. Moreover, counsel have conferred, and do not believe that a settlement conference is warranted at this time.

Sincerely,

/s/ Joseph W. Slaughter_____
Joseph W. Slaughter
Kobre & Kim LLP
+1 212 488 1253
*Counsel for Plaintiff*

Hon. Sarah Netburn
October 13, 2017
Page 2

/s/ David A. Rosen
David A. Rosen
Heidell, Pittoni, Murphy & Bach LLP
+1 212 286 8585
*Counsel for Defendants*